UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS' HEALTH
AND WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA, et al.,

    Plaintiffs,

    v.

REDLINE DIRECTIONAL, INC., et al.,

    Defendants.

Case No. 17-cv-07345-WHO

**ORDER ADOPTING REPORT AND
RECOMMENDATION RE:
PLAINTIFFS' MOTION FOR
DEFAULT JUDGMENT**

Re: Dkt. No. 42

On July 3, 2019, United States Magistrate Judge Jacqueline Scott Corley issued a report and recommendation that default judgment be entered against the defendants in this case. [Dkt. No. 42]. The plaintiffs served the defendants on July 24, 2019. [Dkt. No. 44]. As of the date of this Order, no party has filed an objection to the report and recommendation.

I find Judge Corley's report well-reasoned, thorough, and correct; I adopt it in every respect. Accordingly, plaintiffs' motion to default judgment is granted. Judgment is entered in the amount of $139,214.24, consisting of: (1) $86,271.85 in unpaid contributions for the audit period, as well as the unreported months of May 2018, June 2018, July 2018, and September 2018; (2) $13,934.75 in interest on those unpaid contributions; (3) $17,254.35 in liquidated damages; (4) $7,804.26 in audit fees; and (5) $13,949.03 in attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 12, 2019

William H. Orrick
United States District Judge